STARR, GERN, DAVISON & RUBIN, P.C.  
103 Eisenhower Parkway  
Roseland, New Jersey 07068-1050  
(973) 403-9200  
Attorneys for Petitioner

RECEIVED-CLERK  
U.S. DISTRICT COURT

2005 DEC 28  A 10: 26

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| LOUIS J. KENNEDY TRUCKING COMPANY | CIVIL ACTION NO: 05-6005 (JLL) |
| Petitioner, | |
| and | NOTICE OF APPLICATION |
| TEAMSTERS LOCAL UNION NO. 701 AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, | |
| Respondent | |

TO: Michael A. McLaughlin, Esq.  
    Cohen, Leder, Montalbano & Grossman, LLC  
    1700 Galloping Hill Road  
    Kenilworth, New Jersey 07033

    PLEASE TAKE NOTICE that on January 23, 2006 at 9:00 o'clock, or as soon thereafter as counsel can be heard, in the United States District Court, M.L. King, Jr. Federal Bldg., & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, Petitioner will bring the above application on for hearing.

_____  
NICHOLAS STEVENS

and

_____  
LARRY M. COLE

Dated: December 27, 2005